UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| HERDGUARD, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. |
| v. | ) | 5:16-cv-468-JMH-EBA |
| | ) | |
| NXT GENERATION PET, INC., *et al.*, | ) | |
| | ) | **JUDGMENT** |
| Defendants. | ) | |
| | ) | |

\*\*\*

In keeping with the Court's Order of even date herewith, **IT IS ORDERED**:

(1) That Defendant NXT Generation Pet, Inc.'s motion for judgment as a matter of law [DE 129] is **GRANTED**;

(2) Defendant NXT Generation Pet, Inc.'s motion for a new trial [DE 129] is conditionally **GRANTED** in the event that this judgment and the memorandum opinion and order are vacated or reversed on appeal; and

(3) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 10th day of February, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge